# ATTACHMENT 1

FILED/REC'D
2023 JAN 25 P 2: 16
CLERK OF COURT
U.S. DISTRICT COURT

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Joseph Zloza

vs

(Full name of defendant(s))

New Lisbon Police Department
Juneau County Courthouse
Sheryl Alberts
Brent Granger

Case Number:

**23-cv-59-wmc**

(to be supplied by clerk of court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __W7723 Silverangel rd, New Lisbon, Wi, 53950__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _New Lisbon Police department, Juneau County Courthouse, Brent Granger, Sheryl Alberts_
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

1. New Lisbon Police Department, Juneau County Courthouse, Sheryl Alberts, Brent Granger.

2. They put me into an offender program about 10 years ago, where I was a victim to a crime. No charges, but 2 years of probation

3. 2013, I forgot the exact date

4. The Juneau County Courthouse.

5. Some guy or child drugged me with something else, placed the drugs in my wallet. I gave evidence to Sheryl alberts, Told them to look at the cameras. Why would he place the drugs in my wallet. The corrupted Chief Police Officer was molesting the drugs in my wallet. He smiled and gave it back to me. The Corrupted Police officer and Corrupted Courthouse Gave me Child Molestation Charges or the Officer was saying I was Jacking off. I asked Sheryl Alberts to ask Brent granger of my size. He said it was small, I'm 7 inches. I'm Also Straight.

1) New Lisbon Police Department, Juneau County Courthouse, Sheryl Alberts, and Brent Granger.
2) They put me into an offender program about 10 years ago. Where I was a victim to a crime. No charges, but 2 years of probation.
3) 2013
4) The Juneau County Courthouse
5) Some guy or child drugged me with something else. Placed the drugs in my wallet. I gave evidence to Sheryl Alberts. Told them to look at the cameras. Why would he place the drugs in my wallet. The corrupted chief police officer was molesting the drugs in my wallet. He smiles and gave it back to me. The corrupted police officer and corrupted courthouse gave me child molestation charges, or the officer was saying I was jacking off. I asked Sheryl Alberts to ask brent granger of my size. He said it was small. I'm 7 inches. I'm also straight.

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Put them in a cell, 100 Billion dollars.

E.  JURY DEMAND

☐  Jury Demand – I want a jury to hear my case
        OR
☒  Court Trial – I want a judge to hear my case

Dated this __24__ day of __January__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-547-1818__
Plaintiff's Telephone Number

__JoeZluza2@gmail.com__
Plaintiff's Email Address

__W7723 Silvermgel rd, New Lisbon, WI, 53950__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.