IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ZLOZA,

    Plaintiff,

v.

                                    Case No.  23-cv-59-wmc

NEW LISBON POLICE
DEPARTMENT, JUNEAU COUNTY
COURTHOUSE, SHERYL ALBERTS,
and BRENT GRANGER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ Deputy Clerk | 4/11/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |